**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Laurel Beeler** | **RE:** | **Soria, Nicolas Alonso** |
| | **U.S. Magistrate Judge** | | |
| **FROM:** | **Silvio Lugo, Chief** | **Docket No.:** | **3:19-cr-00381-14** |
| | **U.S. Pretrial Services Officer** | | |

**Date:** **June 15, 2020**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Ana Mendoza                                                              415-436-7503

**U.S. Pretrial Services Officer**                                **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**A. The following condition be removed: The defendant must participate in a Location Monitoring Program and abide by all the requirements of the program, under the direction of Supervising Agency.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_[signature]_                                                          June 16, 2020
**JUDICIAL OFFICER**                                          **DATE**